vision, Second Department. October 13, 1896.) Action by Lyman C. Smith against the International Postal Supply Company of New York and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

SMITH, Respondent, v. ROURKE, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by Elizabeth Vonder Smith against Bernard Rourke. G. E. Waldo, for appellant. E. W. S. Johnston, for respondent. No opinion. Order reversed, and motion granted upon condition that the defendant pay $10 costs and disbursements of this appeal; the costs of the present motion and costs of the motion precluding him from giving evidence.

SMITH v. SMITH et al. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Esther J. Smith, as administratrix, etc., against Adon N. Smith and others, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

SNECKER, Respondent, v. SNECKER, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by Louise P. Snecker against William Snecker. A. H. Hummel, for appellant. J. A. Beall, for respondent. No opinion. Judgment affirmed, with costs.

SNELL, Respondent, v. GRAY, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Cornelius R. Snell against Rosamond H. Gray. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

SOMMER v. OPPENHEIM. (City Court of New York, General Term. October 30, 1896.) Action by Rudolph Sommer against Leo Oppenheim. M. Cohn, for appellant. A. A. Joseph, for respondent. No opinion. Judgment and order affirmed, with costs.

STANTON, Respondent, v. PASSAIC ROLLING-MILL CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1896.) Action by John E. Stanton against the Passaic Rolling-Mill Company. No opinion. Judgment and order unanimously affirmed, with costs.

STATE TRUST CO. v. CASINO CO. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by the State Trust Company against the Casino Company. No opinion. Application denied. See 39 N. Y. Supp. 258.

STEENBURGH, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 16, 1896.) Action by George W. Steenburgh against John H. Miller and John H. Miller and others. No opinion. Motion for substitution of Loren C. Steenburgh, as administrator, etc., of George W. Steenburgh, as plaintiff in the above-entitled action, granted.

STEINHARDT et al., Respondents, v. TURK, Appellant. (City Court of New York, General Term. November 2, 1896.) Action by Louis Steinhardt and others against Herman Turk. Goldfogle & Cohn, for appellant. S. Venino, for respondents.

FITZSIMONS, J. The attachment granted herein upon its face shows that it was issued for the reason that it appears that defendant has assigned and transferred his property with intent to defraud his creditors. Such an attachment cannot stand, for the reason that it fails to state the ground upon which it was issued. See Hale v. Prote, 75 Hun, 13, 26 N. Y. Supp. 950, and Johnson v. Buckel, 65 Hun, 601, 20 N. Y. Supp. 566. The motion to vacate said attachment should have been granted. Order appealed from reversed, and the warrant of attachment herein vacated with costs to appellant.

VAN WYCK, C. J. I concur in the result that the warrant of attachment should be vacated with $10 costs, and that order be reversed, with costs.

STEVEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Jacob E. Steven against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. All concur. See 39 N. Y. Supp. 944.

STONE, Appellant, v. STONE et al., Respondents. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by Andros B. Stone against Georgiana C. Stone and another. G. C. Lay, for appellant. A. Jaretzki, for respondents. No opinion. Order reversed, without costs, and motion granted so far as to allow the appellant to serve a new case within 20 days after the entry of the order hereon; subsequent proceedings to be as though no case except this particular case had ever been served. See 39 N. Y. Supp. 1133, and 40 N. Y. Supp. 1150.

SULLIVAN v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Edward Sullivan against the Union Railway Company. No opinion. Motion denied, with $10 costs. See 40 N. Y. Supp. 84.

SWIFT, Respondent, v. SWIFT, Appellant. (Supreme Court, Appellate Division, Third Department. October 2, 1896.) Action by Charles H. Swift against William S. Swift. No opinion. Motion for reargument denied, with $10 costs. See 39 N. Y. Supp. 384.

TAYLOR, Respondent, v. CHAMBERLAIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Action